UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMMY L. WILSON

    Petitioner,

vs.

    Criminal No.: 02-CR-80976-01-DT
    Civil No.: 05-CV-70028-DT
    HON. GEORGE CARAM STEEH

UNITED STATES OF AMERICA

    Respondent.

_____/

ORDER DENYING PETITIONER'S MOTION FOR
RECONSIDERATION OF ORDER DENYING MOTION TO
VACATE SENTENCE PURSUANT TO 28 U.S.C. § 2255 [DOCUMENT NO. 47]

Petitioner Timmy L. Wilson has filed a motion for reconsideration of this court's order denying his motion to vacate sentence, entered April 11, 2005. Petitioner claims that the court failed to address his ineffective assistance of counsel argument. The court has taken another look at petitioner's § 2255 motion, and notes that the motion rests on only one ground, that being an enhancement of the sentencing guidelines in violation of Blakely v. Washington. On page five of the form motion filed on January 6, 2005, petitioner is cautioned to "state precisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground." Denial of effective assistance of counsel is listed as number nine in the list of the most frequently raised grounds for relief. However, petitioner does not allege a denial of effective assistance of counsel. Now, therefore,

1

Petitioner's motion for reconsideration is DENIED for the reason that the court fully addressed the sole claim raised in his motion to vacate sentence under 28 U.S.C. § 2255.

        s/George Caram Steeh
        GEORGE CARAM STEEH
        UNITED STATES DISTRICT JUDGE

Dated: June 10, 2005

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on June 10, 2005, by electronic and/or ordinary mail.

        s/Marcia Beauchemin
        Secretary/Deputy Clerk