UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMMY L. WILSON,

        Petitioner,

                                    Criminal No.  02-CR-80976-01
                                    Civil No.       05-CV-70028

vs.

                                    HON.  GEORGE CARAM STEEH

UNITED STATES OF AMERICA,

        Respondent.

_____/

ORDER DENYING CERTIFICATE OF APPEALABILITY

Petitioner has filed a notice of appeal of this court's order dismissing his 28 U.S.C. § 2255 motion on the grounds that the federal sentencing guidelines are not invalidated under the holding in <u>Blakely v. Washington</u>, 124 S.Ct. 2431 (2004), and that <u>Blakely</u> is not applied retroactively. Before petitioner can appeal this court's decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed.R.App.P. 22(b). A certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner in this case has made no such showing. For this reason, a certificate of appealability is DENIED.

        So ordered.

                                      s/George Caram Steeh
                                      GEORGE CARAM STEEH
                                      UNITED STATES DISTRICT JUDGE

Dated: July 5, 2005

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on July 5, 2005, by electronic and/or ordinary mail.

                                      s/Josephine Chaffee
                                      Secretary/Deputy Clerk